

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Paul Santana | Civil Action No.   21cv0406-JO-JLB |
| Plaintiff, | |
| V. | |
| John C. Hemmerling; Mara W. Elliott; Carol Mendoza | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court has explained the complaint's deficiencies to Plaintiff and granted him two opportunities to correct them. Plaintiff has failed to do so each time and it does not appear that he will be able to do so with future opportunities. *Lucas v. Dep't of Corr.*, 66 F.3d 245, 248 (9th Cir. 1995) (a court dismisses with prejudice only when it is clear that amendment could not cure the defects). Because the Court finds that further opportunities to amend would be futile to cure, the Court DISMISSES Plaintiff's Second Amended Complaint without leave to amend and with prejudice.

Date:    5/16/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Simmons
　　　　　　　　　　　　　　J. Simmons, Deputy